United States District Court of Massachustts

I am Chavannes Fleury
                Petitioner
        v
Joseph McDonough and Steven Farquharson
                Respondents

HABEAS CORPUS

A

Petitioners Request for Release or Removal to my Homeland on that case No 0208 CR000531 was dismiss on August 29 2004 without pregidise, Race, Color. I brenne detainer on April 24-2003 at immigration detention center Plymouth County Correctional Facility for serventeen months I filed writ of Habeas Corpus under 28 US § 2241 and Also and Affidavit of indegency. -

I am admitted lawfull in the past I was detained for over serventeen months that I had a Kid serven years old that _____ that I am immigrat of Haiti my support due to my absence on consideration. Assistance immigration should be determined that to Release me from Custody or Removal to my Homeland for special Circumtance to my Assistance and immigration should be able to Consider my Request without Pregidise at foreseeable that I will be Release or Removal. and I had Job waiting for me - I have Experience on the Past. And Respondent Provide the Court with at least 48 Hours advance Notice of any scheduled Removal or Release of Petitioner. -    Submitted by me

Chavannes Fleury.   Plymouth County Correctional
            10/-13-04