UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHAVANNES FLEURY,
          Petitioner,

v.

JOSEPH MCDONOUGH, et al.,
          Respondents.

CIVIL ACTION

NO. 04-12187-REK

O R D E R

On October 13, 2004, petitioner Chavannes Fleury, an immigration detainee confined at Plymouth County Correctional Facility, filed a petition for a writ of habeas corpus under Section 2241 but did not submit the $5 filing fee for this action or an application to proceed without prepayment of the filing fee.

ACCORDINGLY,

(1) Petitioner shall either pay the $5 filing fee or file an application to proceed without prepayment of fees and an affidavit within 42 days of receipt of this Order. The Clerk shall mail a copy of the Application to Proceed Without Prepayment of Fees and Affidavit to Petitioner with this order;

(2) The Clerk shall serve a copy of this order and the petition by certified mail upon the respondent, Sheriff Joseph McDonough, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360; AND counsel for the Respondent: (i) the United States Attorney; AND (ii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114 by certified mail; AND

(3) The Respondent shall file an answer or other responsive pleading within 28 days of receipt of the petition; and

(4) The Respondent shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

10/20/04                        s/ Robert E. Keeton
Date                            United States Senior District Judge