UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
CHAVANNES FLEURY,              )
     Petitioner,               )
                               )          CIVIL ACTION NO.
     v.                        )          04-12187-REK
                               )
JOSEPH MCDONOUGH, ET,          )
     Respondents.              )
```

**ORDER OF DISMISSAL**

KEETON, Senior Judge

On November 16, 2004 a Further Procedural Order on Petitioner's Application to Proceed *in forma pauperis* issued, directing that if the Petitioner wished to proceed with this action, he was to file a certified prison statement account within 42 days of that Order.

To date, Petitioner has failed to either pay the filing fee or to file the financial information necessary to determine whether he qualifies for a waiver of the fee.

Accordingly, for failure to comply with the November 16, 2004 Order, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED without prejudice in its entirety.

                              BY THE COURT,

                              /s/ Karen Folan
                              Deputy Clerk

Dated: January 10, 2005

1