04CV12187REK

United States District Court District of Massachusetts.

Petitioner.

v

Joseph Mc donough and steven farquharson.

Respondents    Fleury. Chavannes.

Habeas. Corpus.

Petitioner's Request for. Release from. detention for Proceeding in for ma- Pauperis because I was detainer for them. two years at Plymouth- County Correctional facility has filed a- Habeas Corpus under 28. USC sec 2241 and. as well- was dismiss on - 16 November - 2004 Without Prejudice in its entirety by Keeton. Senior Judge. that Authority immigration dont Tell- me if the Continues to Removal me to my hommeland or to Release by the immigration Rules by 90 days Period for legal. Residence and that the mass gen-laws Ch 126 sec 16 I am. submeted Within at 48 Hours of this receipt of this order file an. answer other respondent pleading

Respectfully submitted
Chavannes Fleury.
26 long Pond- Rd.
Plymouth. MA. 02360.