```
                 UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS

CHAVANNES FLEURY,              )
                               )
          Petitioner           )
                               )     Civil Action No.
     v.                        )     04cv12187-REK
                               )
JOSEPH F. MCDONOUGH, Sheriff   )
                               )
                               )
          Respondent[1]        )
```

## STATUS REPORT TO COURT

Respondent complies with the Court's order dated September 14, 2005, and reports that petitioner is detained pending completion of arrangements for his removal to Haiti.  As the Court has observed, petitioner has been detained upon a final order of removal only since May 19, 2005.

Efforts to obtain a travel document for petitioner from the Haitian authorities continue, and although recently travel document issuance for criminal aliens by the Haitian Consulate has been has been in a holding pattern -- it is speculated due to internal Haitian politics around the upcoming elections there -- it is foreseeable and expected that in the end petitioner will be issued a travel document removed in the normal course of events.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                     By:  s/Frank Crowley
                              FRANK CROWLEY
                              Special Assistant U.S. Attorney
                              Department of Homeland Security
                              P.O. Box 8728
                              J.F.K. Station
                              Boston, MA 02114
                              (617) 565-2415
```

CERTIFICATE OF SERVICE

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on September 16, 2005.

```
                              s/Frank Crowley
                              FRANK CROWLEY
                              Special Assistant U.S. Attorney
                              Department of Homeland Security
                              P.O. Box 8728
                              J.F.K. Station
                              Boston, MA 02114
```

---

[1] See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").