United States District Court of Massachusetts

Chavannes Fleury
Petitioner

v

Joseph Mc Donough and Steven Farquhason.
Respondent Habeas Corpus.

Petitioners Requested for Release from Custody I was detain since April 24- 2003 by immigration Custody on January 10. 2004 This action was dismissed without prejudice on July 18 2005 I sent a letter to this onorable Court Complaining about Prolonged my Custody on March 17 2005 I was Remanded to the immigration by the Board immigration Appeals Proceeding on may 19 2005 upond Release or Removal to my Homeland that a final order of Removal entered by the immigration judge I Remains in Custody Pending Removal to Haiti Removal has not been scheduled Between two years ½ Custody however I am currently in Custody I was filed a Habeas Corpus under supervision immigration Rules by 2003 Six months Period to Removal Resident Alien upond Release as well as Request for Proceeding this Case ordered and I Complaining because my Situation Custody he likelihood for me to Remains in Custody for more than two years if that is me because I am a Citizen of Haiti the Respondent Request Shall withing (48) Hours of this Request of this order file an answer to Respondent Pleading by onorable Court Petitioners Supplemental affidavit in support of Request upond Release.

Inmate Chavannes Fleury #034980